UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 17 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JEANNE COOPER, | § |
| Plaintiff, | § |
| vs. | § CIVIL ACTION NO. H-01-952 |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER HOUSTON a/k/a University of Texas Health Science Center Houston Recovery Campus, | § |
| Defendant. | § |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days from the entry of this order on representation that approval of the settlement could not be obtained from principals.

Signed on May 16th, 2001, at Houston, Texas.

_____
MELINDA HARMON
United States District Judge

4